NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP,**
*Plaintiffs-Appellees*

**v.**

**MYLAN PHARMACEUTICALS INC., KINDEVA DRUG DELIVERY L.P.,**
*Defendants-Appellants*

---

2023-1267

---

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:22-cv-00035-JPB-RWT, Judge John Preston Bailey.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The parties jointly move to remand the above-captioned appeal with each side to bear its own costs and fees.

Upon consideration thereof,

IT IS ORDERED THAT:

2        ASTRAZENECA AB v. MYLAN PHARMACEUTICALS INC.

The motion is granted.

FOR THE COURT

March 7, 2023        /s/ Peter R. Marksteiner
     Date        Peter R. Marksteiner
           Clerk of Court

ISSUED AS A MANDATE: March 7, 2023